Tom Myers (California Bar No. 176008)
Katharine Sabich-Robison (California Bar No. 183234)
**AIDS HEALTHCARE FOUNDATION**
6255 W. Sunset Blvd., 21st Floor
Los Angeles, California 90028
Telephone:   (323) 860-5266
Facsimile:   (323) 462-6869

Attorneys for Plaintiff
**AIDS HEALTHCARE FOUNDATION**

FILED
CLERK, U.S. DISTRICT COURT

JUL 16 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, ) | Case No. CV 04-0919. JCBM (RRx) |
| Plaintiff, ) | Case No. CV 04-2895 |
| ) | |
| vs. ) | **NOTICE OF DISMISSAL** |
| ABBOTT LABORATORIES, ) | |
| Defendant. ) | [Honorable Consuelo B. Marshall] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff AIDS Healthcare Foundation ("AHF") hereby dismisses the above actions with prejudice.

Dated this 16th day of July, 2004

AIDS HEALTHCARE FOUNDATION

Tom Myers, SBN 176008

IT IS SO ORDERED
JUL 16 2004
Dated _____

_____
United States District Judge

-1-

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is AIDS Healthcare Foundation, 6255 Sunset Boulevard, Los Angeles, CA 90028.
    On July 16, 2004, I served the foregoing document described as NOTICE OF DISMISSAL in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Neal R. Marder, Esq.
Megan Gervase, Esq.
WINSTON & STRAWN
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
[BY FAX (213) 615-1750 AND MAIL]

David J. Doyle, Esq.
WINSTON & STRAWN
35 W. Wacker Drive, Suite 4200
Chicago, Illinois 60601
[BY FAX (312) 558-5700 AND MAIL]

[ X ]    **BY MAIL:**

[ ]    I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

[ X ]    As follows:  I am "readily familiar" with the company's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY FEDERAL EXPRESS OR OTHER OVERNIGHT DELIVERY SERVICE**

[X]    **BY FACSIMILE SERVICE**
       I delivered such document by facsimile service to the offices of the addressee.

[ ]    **BY PERSONAL SERVICE**
       I arranged for a messenger to deliver such envelope to the offices of addressee.

[ ]    (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2004 at Los Angeles, California.


_____
Corina Pop

-1-